RECEIVED
IN ALEXANDRIA, LA.

MAY 29 2013

TONY R. MOORE, CLERK
BY_____
       DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| JASON D. TIDWELL<br>FED. REG. NO. 11476-035<br>VS.<br><br>UNITED STATES OF AMERICA | CIVIL ACTION NO. 2:11-CV-1296<br><br>SECTION P<br><br>JUDGE TRIMBLE<br><br>MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED THAT** the Petition for Writ of *Habeas Corpus* be **DENIED** and **DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED,** in chambers, Lake Charles, Louisiana, on this 29th day of _____May_____, 2013.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE